IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RILEY NASH and wife, <br> NELDA NASH <br> *Plaintiff*, <br><br> v. <br><br> HARTFORD ACCIDENT AND <br> INDEMNITY COMPANY <br> *Defendant*. | § § § § § § § § § § | CIVIL ACTION NO. 1:19-cv-426 |

**NOTICE OF REMOVAL**

Defendant Hartford Accident and Indemnity Company ("Hartford"), pursuant to 28 U.S.C. §§ 1441 and 1446, files this Notice of Removal of the captioned action, Cause No. A190295-C; *Riley Nash and wife, Nelda Nash v. Hartford Accident and Indemnity Company;* In the 128th Judicial District Court of Orange County, Texas. In support of this Notice of Removal, Hartford respectfully submits the following:

1. Riley Nash and Nelda Nash ("Plaintiffs") commenced the captioned action by filing their Original Petition on August 21, 2019, in the 128th Judicial District Court, Orange County, Texas. Hartford was served on August 26, 2019.

2. Hartford has requested certified copies of all process, pleadings, and orders from the Orange County District Clerk. Hartford has attached the certified copies of the state court file as Exhibit A to this Notice of Removal.

3. The Petition avers that Plaintiffs are owners of residential property in Orange County, Texas.[1] On information and belief, Plaintiffs are citizens of the state of Texas.

---

[1] Petition, § II.

4.  The Petition alleges that Hartford is "a corporation doing business in the State of Texas."[2] In fact, Hartford is a Connecticut corporation with its principal place of business is in Hartford, Connecticut.

5.  Plaintiffs allege that the "costs of repair" for the claimed damage is "$188,589.11."[3]

6.  Hartford does not admit the underlying facts as alleged by Plaintiffs in their Original Petition or as summarized above. Hartford expressly denies that it has any liability to Plaintiffs.

7.  Hartford was served with the Petition on August 26, 2019. This Notice of Removal is filed within 30 days of service of the Original Petition and is timely filed pursuant to 28 U.S.C. § 1446(b).

## DIVERSITY JURISDICTION

8.  This Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a), and this matter is removable to this Court pursuant to 28 U.S.C. § 1441(a), because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000 exclusive of interest and costs. Plaintiffs are residents of Orange County, Texas. Hartford is incorporated in Connecticut with its principal place of business in Connecticut.

9.  The amount in controversy exceeds the jurisdictional minimum of $75,000 set by 28 U.S.C. § 1332(a). Plaintiffs do not irrevocably limit their damage claim at or below $75,000 exclusive of interest and costs.

## REMOVAL PROCEDURE

10. The clerk of the 128th Judicial District Court of Orange County, Texas has been provided notice of this Removal.

---

[2] Petition at § II.
[3] Petition at § V.

11. The following related documents are attached to this notice and incorporated here by reference:

    a. Index of matters being filed;

    b. List of all parties and counsel of record; and

    c. Certified copies of documents contained in the state court file 128th Judicial District of Orange County as Exhibit A.

## CONCLUSION

12. Based on the foregoing, the exhibits submitted in support of this removal, and other documents filed contemporaneously with this Notice of Removal, Hartford removes this case to this Court for trial and determination.

    Respectfully submitted,

    */s/ Martin R. Sadler*
    Martin R. Sadler
    Texas Bar No.: 00788842
    Federal ID No. 18230
    msadler@lawla.com
    LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD,
      A LAW CORPORATION
    801 Travis Street, Suite 1800
    Houston, Texas 77002
    Telephone: (713) 222-1990
    Facsimile: (713) 222-1996

    ATTORNEY-IN-CHARGE FOR DEFENDANT,
    HARTFORD ACCIDENT AND INDEMNITY
    COMPANY

OF COUNSEL:

Michael W. McCoy
Texas Bar No. 13471850
Federal Bar No. 3801
mmccoy@lawla.com
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD,
  A LAW CORPORATION
801 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 222-1990
Facsimile: (713) 222-1996

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of September 2019, a copy of the foregoing has been served upon all counsel of record in this action by ECF Filing and/or facsimile, properly addressed to:

David Dies
Dies & Parkhurst, LLP
1703 Strickland Drive
Orange, Texas 77630

/s/ *Martin R. Sadler*
Martin R. Sadler